UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JEROME STONE, Individually and On Behalf of All Others Similarly Situated, | x :   Civil Action No. 1:11-cv-07968-JPO |
| Plaintiff, | : : : : |
| vs. | : : : |
| AGNICO-EAGLE MINES LTD, SEAN BOYD, EBERHARD SCHERKUS, AMMAR AL-JOUNDI, and DAVID GAROFALO, | : : : : |
| Defendants. | : : |
| CHRIS HASTINGS, Individually and On Behalf of All Others Similarly Situated, | x :   Civil Action No. 1:11-cv-08466-JPO : : |
| Plaintiff, | : : : |
| vs. | : : : |
| AGNICO-EAGLE MINES LTD, SEAN BOYD, EBERHARD SCHERKUS, AMMAR AL-JOUNDI, and DAVID GAROFALO, | : : : : |
| Defendants. | : : x |

**RESPONSE OF CITY OF BROCKTON RETIREMENT SYSTEM TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF**

Proposed lead plaintiff City of Brockton Retirement System (the "City of Brockton") respectfully submits this response to the competing motions for appointment as lead plaintiff in the above-captioned actions. The City of Brockton recognizes that it does not possess the largest financial interest among the various lead plaintiff movants. However, should the Court determine that the movants with the largest financial interest are unable, unwilling, or unqualified to serve as

lead plaintiff, the City of Brockton stands ready, willing and able to assume that role on behalf of the class.

DATED:  January 23, 2012                                ROBBINS GELLER RUDMAN & DOWD LLP
                                                        SAMUEL H. RUDMAN
                                                        DAVID A. ROSENFELD


                                                                */s/ David A. Rosenfeld*
                                                        DAVID A. ROSENFELD

                                                        58 South Service Road, Suite 200
                                                        Melville, NY  11747
                                                        Telephone:  631/367-7100
                                                        631/367-1173 (fax)
                                                        srudman@rgrdlaw.com
                                                        drosenfeld@rgrdlaw.com

                                                        ROBBINS GELLER RUDMAN & DOWD LLP
                                                        PAUL J. GELLER
                                                        DOUGLAS WILENS
                                                        SABRINA E. TIRABASSI
                                                        120 E. Palmetto Park Road, Suite 500
                                                        Boca Raton, FL  33432-4809
                                                        Telephone:  561/750-3000
                                                        561/750-3364 (fax)
                                                        pgeller@rgrdlaw.com
                                                        dwilens@rgrdlaw.com
                                                        stirabassi@rgrdlaw.com

                                                        [Proposed] Lead Counsel for Plaintiff


## CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that on January 23, 2012, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all

counsel of record.

                                                                *s/ David A. Rosenfeld*
                                                        DAVID A. ROSENFELD


                                                2