UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEROME STONE, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>vs.<br><br>AGNICO-EAGLE MINES LTD, SEAN BOYD, EBERHARD SCHERKUS, AMMAR AL-JOUNDI, and DAVID GAROFALO,<br><br>     Defendants. | Case No: 1:11-cv-07968-JPO |
| CHRIS HASTINGS, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>vs.<br><br>AGNICO-EAGLE MINES LTD, SEAN BOYD, EBERHARD SCHERKUS, AMMAR AL-JOUNDI, and DAVID GAROFALO,<br><br>     Defendants. | Case No: 1:11-cv-08466-JPO |

**RESPONSE OF ROBERT LACEY TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

Plaintiff Robert Lacey ("Plaintiff" or "Mr. Lacey") respectfully submits this response to the competing motions filed in the above-captioned actions for consolidation, appointment as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and for approval of selection of counsel.

Mr. Lacey recognized that he does not possess the largest financial interest among the various lead plaintiff movants.  Indeed, movant Första AP-Fonden ("AP1") has submitted a Lead Plaintiff application attesting to losses of $3.6 million in its transactions in the publicly traded securities of Agnico-Eagle Mines LTD.  AP1 has by far the largest losses of the competing Lead Plaintiff applicants and appears to satisfy all of the requirements for Lead Plaintiff appointment pursuant to the PSLRA.

Accordingly, Mr. Lacey endorses AP1 Lead Plaintiff appointment.  However, should the Court determine that AP1 or any of the other movants with larger financial interests in the outcome of this litigation are unable to serve as Lead Plaintiff, Mr. Lacey is willing and able to assume the role of Lead Plaintiff on behalf of the class.

Dated:  January 23, 2012                    By: */s/ Christopher S. Jones*

**SAXENA WHITE P.A.**
Maya Saxena
Joseph E. White III
Christopher S. Jones (CJ-4131)
Lester R. Hooker
2424 N. Federal Highway, Suite 257
Boca Raton, FL 33431
Tel: 561 394-3399
Fax: 561 394-3382

**LAW OFFICES OF**
**CURTIS V. TRINKO, LLP**
Curtis V. Trinko (CT-1838)
Jennifer Traystman (JT-7583)
16 West 46th Street, 7th Floor
New York, New York 10036
Tel: 212 490-9550
Fax: 212 986-0158
Email: Ctrinko@trinko.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 23rd day of January, 2012, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system.

                                             */s/ Christopher S. Jones*
                                             Christopher S. Jones